# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :    No. 230 EAL 2021

                 Respondent      :

                                  :    Petition for Allowance of Appeal

                                  :    from the Order of the Superior Court

               v.                        :

SCOTT HARMON,                    :

                 Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.